# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEITSCH PLASTIC COMPANY, INC., <br> Plaintiff, <br> v. <br> GENERATIONS RE VENTURES LLC, <br> Defendants. | Case No. 2:24-cv-06985-SPG-JC <br><br> **AMENDED JUDGMENT** |

On April 17, 2025, the Court issued an Order granting in part and denying in part Plaintiff's Motion for Default Judgment. (ECF No. 30 ("Order")). Pursuant to that Order, the Court, hereby ORDERS, ADJUDGES, and DECREES as follows:

1. Final judgment is entered in favor of Plaintiff Deitsch Plastic Company, Inc. ("Plaintiff"), and against Defendant Generations RE Ventures, LLC ("Defendant"), on Plaintiff's First Cause of Action for fraudulent transfer under Cal. Civ. Code § 2428.04(a)(1), as described in Plaintiff's Complaint (ECF No. 1);

2. The September 1, 2022, conveyance from Gredale, LLC to Defendant, of the real property at the address 3311 Dona Rosa Drive, Los Angeles, California, 91604, bearing the Assessor's parcel number 2380-018-004 (the "Property"), recorded by the Los Angeles County Recorder on October 6, 2022, in document number 20220970182, is hereby cancelled. To the extent that Gredale, LLC, owned the Property prior to the

1  September 1, 2022, conveyance, it continues to own that property.  No adjudication is made
2  herein as to any liens recorded before September 1, 2022.

3.  Plaintiff's request for an award of damages on its fraudulent transfer claim is denied with prejudice; and

4.  Plaintiff's request for a permanent injunction is denied without prejudice.

This Amended Judgment shall supersede the Judgment issued by the Court on June 23, 2025 (ECF No. 31), which contained a typographical error in the address of the Property.  The Judgment issued on June 23, 2025 (ECF No. 31), is hereby VACATED in favor of this Amended Judgment.

**IT IS SO ORDERED.**

DATED:  June 27, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE